### 23858.   BURDEN *v.* THE STATE.

BROYLES, C. J.   The evidence tending to connect the accused with the offense charged (possessing whisky), was wholly circumstantial and was not sufficient to exclude every other reasonable hypothesis save that of his guilt.    *Judgment reversed. MacIntyre and Guerry, JJ., concur.*

DECIDED APRIL 20, 1934.

*Walter Matthews,* for plaintiff in error.
*S. W. Ragsdale, solicitor-general,* contra.

### 23864.   ROBERTS *v.* THE STATE.

BROYLES, C. J.   "In a criminal case, where the accused has exercised his statutory right to make a statement and the statement is contradictory of the testimony of the State's witness [or witnesses], it is the duty of the trial judge, even in the absence of a written request, to instruct the jury that they have the right to *believe the statement in preference to the sworn testimony.*" (Italics ours.)   *Rivers* v. *State,* 8 *Ga. App.* 694 (70 S. E. 47), and cit.   Under the foregoing ruling and the facts of the instant case, the judgment overruling the motion for a new trial must be and is        *Reversed.  MacIntyre and Guerry, JJ., concur.*